## IN THE UNITES STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JACK AND CHRISTINA HENSERLING, § | | |
| Plaintiffs, § | | |
| § | | |
| vs. § | | Civil Action No.: 5:17-cv-203-FB |
| § | | |
| SAFECO INSURANCE COMPANY OF § | | |
| AMERICA, § | | |
| Defendant. § | | |

## JOINT NOTICE OF SETTLEMENT

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

The Parties wish to announce that they reached an agreement to settlement in this matter. The Parties anticipate that they will have the settlement finalized within 60 days from today and will file a joint stipulation of dismissal with the Court. Accordingly, the parties ask that all deadlines be abated and that this case be removed from the Court's trial docket.

    Respectfully submitted,

    KETTERMAN ROWLAND & WESTLUND

    By:   */s/ Philip G. Bernal w/permission*
          Philip G. Bernal
          State Bar No. 02208758
          16500 San Pedro, Suite 302
          San Antonio, Texas 78232
          (210) 490-4357 (Telephone)
          (210) 490-8372 (Facsimile)
          phil@krwlawyers.com

    *Counsel for Plaintiff*

_____
David R. Stephens
State Bar No. 19146100
Carrie D. Holloway
State Bar No. 24028270
LINDOW STEPHENS TREAT LLP
One Riverwalk Place
700 N. St. Mary's Street, Suite 1700
San Antonio, Texas 78205
Telephone: (210) 227-2200
Facsimile: (210) 227-4602
dstephens@lstlaw.com
cholloway@lstlaw.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Joint Notice of Settlement was filed electronically with the United States District Court for the Western District of Texas, San Antonio Division, with notice of case activity to be generated and sent electronically by the Clerk of the Court with ECF notice being sent on this **10th** day of **December 2019**, to the following:

Philip G. Bernal
KETTERMAN ROWLAND & WESTLUND
16500 San Pedro, Suite 302
San Antonio, Texas 78232

_____
Carrie D. Holloway