# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION


**JACK HENSERLING, CHRISTINA HENSERLING,**

      **Plaintiffs,**

                                **No. SA-17-CV-00203-JKP**

**v.**

**SAFECO INSURANCE COMPANY OF AMERICA,**

      **Defendant.**

## ORDER

On January 14, 2020, Plaintiffs, Jack and Christina Henserling and Defendants, Safeco Insurance Company of America and General Insurance Company of America (collectively, "the Parties") filed a joint Stipulation of Dismissal in accordance with Rule 41(a) of the Federal Rules of Civil Procedure. (ECF No. 44).

The Parties each and all stipulate and agree that this matter has been resolved and that the above-referenced cause may be dismissed with prejudice, with each party to bear its own costs and expenses.

Accordingly, it is ORDERED that the above-entitled cause is dismissed with prejudice, with each party to bear its own costs.

The Clerk is DIRECTED to close this case.

It is so ORDERED.

SIGNED this 15th day of January 2020.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE